**HALL v. COMMONWEALTH.**

Court of Appeals of Kentucky.

(Decided September 30, 1932.)

C. F. SEE, Jr., for movant.

B. P. WOOTTON, Attorney General, and FRANCIS M. BURKE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.